UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
ABRAHAM KLEINMAN, individually and on
behalf of all others similarly situated,

                              Plaintiff,                          JUDGMENT
                                                                    19-cv-6597 (BMC)
      -against-

FRONTLINE ASSET STRATEGIES, LLC *et al.*,

                              Defendants.
-------------------------------------------------------------- X

       A Memorandum, Decision and Order of Honorable Brian M. Cogan, United States District Judge, having been filed on February 12, 2020, granting defendants' motion to dismiss; it is

       ORDERED and ADJUDGED that defendants' motion to dismiss is granted; and that the complaint is dismissed.

Dated: Brooklyn, NY                                                        Douglas C. Palmer
       February 13, 2020                                             Clerk of Court

                                                             By:    /s/*Jalitza Poveda*
                                                                          Deputy Clerk